UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 4:04CV813-SNL |
| JAMES THOMAS, JR., et al., ) ) | |
| Defendants. ) | |

### ORDER

The motion of James Thomas, Jr. to set aside a default judgment against him in the amount of $20,198.17 is before the Court

On May 24, 2005 the Court issued a show cause order why the motion to set aside should not be granted. The plaintiffs have not responded to the show cause order nor have they responded to the motion to set the default aside.

**IT IS THEREFORE ORDERED** that the default judgment against defendant James Thomas, Jr. in the sum of $20,198.17 is **VACATED**. The complaint against James Thomas, Jr. remains in full force and effect. Nonetheless, defendant James Thomas, Jr. continues to be in default. If the facts set out in the motion to set aside the default filed by defendant James Thomas, Jr.'s attorney are correct, the Court suggests the parties resolve the dispute against this defendant.

Dated this     13th     day of June, 2005.

_[signature: Stephen N. Limbaugh]_

_____
SENIOR UNITED STATES DISTRICT JUDGE